**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE,<br><br>       Plaintiff,<br><br>  v.<br><br>LYDIA CENCIL,<br><br>       Defendant.<br>_____/ | No. C-10-01169 EDL<br><br>**REASSIGNMENT ORDER** |

In view of the Report and Recommendation filed on May 27, 2010, the clerk shall **REASSIGN** the above-captioned case immediately to a district court judge.

**IT IS SO ORDERED.**

Dated: May 27, 2010

                                             ELIZABETH D. LAPORTE
                                             United States Magistrate Judge