IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LYDIA CENCIL,<br><br>　　　　Defendant. / | No. C 10-1169 MMC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; GRANTING PLAINTIFF'S MOTION TO REMAND** |

　　　Before the Court is Magistrate Judge Elizabeth D. Laporte's Report and Recommendation, filed May 27, 2010, by which Magistrate Judge Laporte recommends the Court grant plaintiff's motion to remand. No objections to the Report and Recommendation have been filed.

　　　Having reviewed the matter de novo, the Court, for the reasons expressed therein, hereby ADOPTS the Report and Recommendation in its entirety.

　　　Accordingly, plaintiff's motion to remand is hereby GRANTED, and the action is hereby REMANDED to the Superior Court of California, in and for the County of Contra Costa.

　　　**IT IS SO ORDERED.**

Dated: June 11, 2010

　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge